**Order entered February 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00921-CV

**ELIZABETH JANE BURKS, Appellant**

**V.**

**JOHN J. DUNCAN, PH.D, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-02824-D**

## ORDER

Before the Court is appellant's February 11, 2015, unopposed motion for extension of time to file reply brief. We **GRANT** appellant's motion and **ORDER** the reply brief be filed no later than March 12, 2015.

/s/    CRAIG STODDART
        JUSTICE